STATE OF NEW JERSEY v. SCOTT SAY.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR GARCIA.

September 7, 1983.

Petition for certification denied.

STATE TROOPERS NCO ASSOCIATION OF NEW JERSEY, INC.,
F.O.P. LODGE 21 v. IRWIN I. KIMMELMAN, ATTORNEY
GENERAL OF THE STATE OF NEW JERSEY.

September 7, 1983.

Petition for certification denied.

LORRAINE LAURA v. ATLANTIC & PACIFIC TEA COMPANY.

September 7, 1983.

Petition for certification granted.